UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>                    Plaintiff,<br><br>            v.<br><br>CHICK-FIL-A, *et al*.,<br><br>                    Defendants. | Case No.  1:24-cv-01471-JLT-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.   The Court will screen plaintiff's pro se complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated:  ___December 19, 2024___                    _/s/ Helena M. Barch-Kuchta_
                                                                                HELENA M. BARCH-KUCHTA
                                                                                UNITED STATES MAGISTRATE JUDGE