Name: Candace Smith
Street Address: 575 Minnewawa
City and County: Clovis Co 93612
State and Zip Code: California
Telephone Number: 559-777-0310

**FILED**

FEB 07 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Candace Smith

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

- Chick-fil-A
- Planet Fitness
- Mcdonalds Incorporated

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Amended Complaint for a Civil Case**

Case No. 1:24-cv01471-JLT-HBK
be filled in by the Clerk's Office)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

- West Coast Hotel Management, LLC
- Kemper Insurance
- Farmers Insurance
- Kaiser Hospital
- Community Hospital
- Saint Agnes
- Dannette Nova
- Michelle Cordoza
- The City of Fresno
- Agape Schools
- Ramada Hotel
- University Inn
- University Square
- Hometown Suites LLC
- Chase Bank

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Candace Smith
   Street Address: 575 minnewawa
   City and County: Clovis, Ca 93612
   State and Zip Code: California 93612
   Telephone Number: 559-777-0310

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   - Chick Fil-A
   - Planet Fitness
   - Mcdonalds Incorporated
   - West Coast Hotmangaret, LLC
   - Kaiser Hospital
   - Saint agness
   - Community Hospital
   - Dannette Nova
   - Michelle Cordoza
   - The city of Fresno
   - Agape Schools
   - University Inn
   - University Square
   - Hometown Suites, LLC
   - Chase Bank
   - Ramada Inn
   - mcdonalds
   - chick Fil-A

   Defendant No. 1
   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number

   Defendant No. 2
   Name
   Job or Title (if known)
   Street Address
   City and County
   State and Zip Code
   Telephone Number

2

Defendant No. 3

    Name                     _____

    Job or Title
    (if known)             _____

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

Defendant No. 4

    Name                     _____

    Job or Title
    (if known)             _____

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☐ Federal question                       ☒ Diversity of citizenship *(circled)*

3

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of civil Rights.
Cooridnation of unruly & terrost Activites
Thefts, Setups, Druggings and terrist Acts.
Overcharging & violaton of health codes. Business torts

Holday Hodges & druggings.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, (name) Canllace Smith, is a citizen of the State of (name) California.

    b. If the plaintiff is a corporation

    The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) _____, is a citizen of the State of (name) California. Or is a citizen of (foreign nation) _____.

West Coast Hotel mangement LLC
Kemper Insurance
Farmers Insurance
Kaiser Hospital
- Community Hospital
Saint Agnes
- Danrette Nova
- The city of Fresno
- Agape Schools
- Ramared Hotel
- University Inn
- University Square Hotel
- Hometown Suites LLC
- Chase Bank
- Chick-Fil-A
- Planet fitness
- Mc donalds

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

In asking for recovery from acts of violence, drug head stoothings, forgery, scaming & setups. Undisclosed amount from each parties

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Upon such the entities are actors & scammers who have turned the plaintiff through violation of civil code, civil rights and looting from invarice scams, fake cop calls pryings & terrorist incidences. Ongoing harrasment & women fighting over men tounting & troubling. All by which conduct has caused a series of emotional distress & sickness & loss of job & more.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Upon such both punitive & monetary & such as medical bills & more.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-7, 2024

Signature of Plaintiff: Candy Smith
Printed Name of Plaintiff: Candace Smith