## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**CANDACE SMITH ,**  **JUDGMENT IN A CIVIL CASE**

CASE NO: **1:24–CV–01471–JLT–HBK**

v.

**CHICK–FIL–A , ET AL. ,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/6/2025 .**

ENTERED:   **March 6, 2025**      /s/ **Keith Holland**
                                                              Clerk of Court